*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Brian Kirkland ) Case No. 26–10672–djb
)
)
Debtor(s). ) Chapter: 13
)
)

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C–2 Due 3/5/26
   Plan Due 3/5/26
   Schedules A/B Due 3/5/26
   Schedules C Due 3/5/26
   Schedules D Due 3/5/26
   Schedules E/F Due 3/5/26
   Schedules G Due 3/5/26
   Schedules H Due 3/5/26
   Schedules I Due 3/5/26
   Schedules J Due 3/5/26
   Statement of Current Monthly Income (122C–1) Due 3/5/26
   Statement of Financial Affairs Due 3/5/26
   Summary of Assets and Liabilities Due 3/5/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 20, 2026                                           By the Court

                                                                                                  Derek J Baker
                                                                                                  Judge, United States Bankruptcy Court